UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                Plaintiff,                  **MEMORANDUM**

       -against-                                      24 Cr. 478 (NSR)

DAQUANN STINSON,

                              Defendant.
-----------------------------------------------------------------X

TO:  Nelson S. Román, United States District Judge:

       Please find attached a transcript of the December 5, 2024 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: December 19, 2024
          White Plains, New York

                                                          Respectfully Submitted,

                                                          JUDITH C. McCARTHY
                                                          United States Magistrate Judge