UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>DAQUANN STINSON,<br><br>Defendant. | 24 CR 478-01 (NSR)<br><br>RESCHEDULING ORDER |

NELSON S. ROMÁN, U.S.D.J.:

Due to a Court scheduling conflict, the IN-PERSON Sentencing is rescheduled from March 14, 2025 until March 27, 2025 at 10:00 am, without objection by the parties, in Courtroom 218.

SO ORDERED.

Dated:   January 21, 2025
         White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2025